# United States Bankruptcy Court
## Central District of California

In re: **STM WIRELESS, INC.**

Debtor

Case No.
Chapter **11**

## List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Amplus Communications<br>Attn: Corporate Officer/Auth. Agent<br>19A Serangdon North Ave. 5<br>Singapore | Phone: 65 483 6089<br><br>Mr. Wee Pick Chen | Trade Debt | | 1,800,988.92<br><br>(Note: plus $430,000 contingent-right of setoff) |
| BP Solar<br>Attn: Corporate Officer/Auth. Agent<br>2300 N. Watney Way<br>Fairfield, CA 94533-000- | Phone: 707/428-7878<br><br>Clive Sinnott | Trade Debt | | 1,119,026.00 |
| Benchmark Electronics<br>Attn: Corporate Officer/Auth. Agent<br>P.O. Box 200642<br>Houston, TX 77216-0642 | Phone: 603/879-7009<br><br>Steve Colkin | Trade Debt | | 598,858.73 |
| Channel Master, LLC<br>Attn: Corporate Officer/Auth. Agent<br>1315 Industrial Park Dr.<br>Smithfield, NC 27577-6024 | Phone: 919/989-1701 or 919/934-9711<br><br>Steve Juasitus | Trade Debt | | 484,998.86 |
| REMEC Wireless<br>Attn: Corporate Officer/Auth. Agent<br>P.O. Box 2249<br>Los Angeles, CA 90051-2249 | Phone: 858/505-3690<br><br>David Moresh | Trade Debt | | 357,912.50 |

#83204.1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Excello Circuits<br>Attn: Corporate Officer/Auth. Agent<br>1924 Nancita Cir.<br>Placentia, CA 92670 | Phone: 714/993-0560<br><br>Anel Shah | Trade Debt | | 279,237.00 |
| Astornic<br>Attn: Corporate Officer/Auth. Agent<br>19641 Da Vinci<br>Foothill Ranch, CA 92610 | Phone: 949/454-1180<br><br>Dolly Cerrean | Trade Debt | | 183,558.25 |
| Nichimen America Inc.<br>Attn: Corporate Officer/Auth. Agent<br>222 N. La Salle St., #999<br>Chicago, IL 60601-1010 | Phone: 212/698-5155<br><br>Glen Beltridge | Trade Debt | | 386,530.00 |
| Skystream Networks<br>Attn: Corporate Officer/Auth. Agent<br>455 Deguigne Dr.<br>Sunnyvale, CA 94085-3835 | Phone: 408/616-3388<br><br>David Guilford | Trade Debt | | 149,743.50 |
| Stradling Yocca Carlson<br>Attn: Corporate Officer/Auth. Agent<br>660 Newport Center Dr., #1600<br>Newport Beach, CA 92660-6441 | Phone: 949/725-4155<br><br>KC Schoff | Trade Debt | | 108,561.80 |
| Celeritek<br>Attn: Corporate Officer/Auth. Agent<br>3236 Scott Blvd.<br>Santa Clarita, CA 95054 | Phone: 408/330-1306<br><br>Linda Fromm | Trade Debt | | 90,957.84 |
| Harmonic, Inc.<br>Attn: Corporate Officer/Auth. Agent<br>549 Baltic Way<br>Sunnyvale, CA 94089 | Phone: 408/542-2674<br><br>Bev Kelly | Trade Debt | | 100,003.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Codan Pty, Ltd.<br>Attn: Corporate Officer/Auth. Agent<br>81 Graves St.<br>Newton-Adelaide, S. Australia 5074 | Phone: 610-8-835 0311<br><br>or 703/361-2721 | Trade Debt | | 70,910.00 |
| Andrew Corporation<br>Attn: Corporate Officer/Auth. Agent<br>10500 W. 153 St.<br>Orland Park, IL 60462 | Phone: 708/873-2592 or 708/349-3300<br><br>Jennifer | Trade Debt | | 68,960.00 |
| Amor Electronics<br>Attn: Corporate Officer/Auth. Agent<br>23331 Peralta Dr., #12<br>Laguna Hills, CA 92653-0000 | Phone: 949/581-6303<br><br>Ron Freidman | Trade Debt | | 59,794.48 |
| Cable Harness Systems<br>Attn: Corporate Officer/Auth. Agent<br>7462 Talbert Ave.<br>Huntington Beach, CA 92648 | Phone: 714/841-9650 | Trade Debt | | 51,115.82 |
| Xicom Technology<br>Attn: Corporate Officer/Auth. Agent<br>3550 Bassett St.<br>Santa Clara, CA 95054 | Phone: 408/213-3023<br><br>Gus Janson | Trade Debt | | 48,000.00 |
| Agilis Communication Tech Pte Ltd.<br>Attn: Corporate Officer/Auth. Agent<br>100 Jurong East St. #21<br>Singapore 609602 | Phone: 65-568-7409<br><br>Mr. Kumaresh | Trade Debt | | 45,100.00 |
| Bayly Communications, Inc.<br>Attn: Corporate Officer/Auth. Agent<br>105 Green Ct. Ajax<br>Ajax-Ontario, Canada L1S6W9 | Phone: 905/686-1011<br><br>Brian | Trade Debt | | 43,777.96 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Klein & Wilson<br>Attn: Corporate Officer/Auth. Agent<br>326 Old Newport Blvd.<br>Newport Beach, CA 92663 | Phone: 949/631-3300<br><br>Gerald Klein | Trade Debt | | 41,049.12 |

Form B2
6/90

# Form 2. DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

## UNITED STATES BANKRUPTCY COURT

### __CENTRAL__ DISTRICT OF __CALIFORNIA__

In re __STM WIRELESS, INC._____,
          Debtor

Case No. _____
Chapter __11__

I, ___Emil Youssefzadeh___ the President and Chief Executive Officer of STM Wireless, Inc., the debtor in this case, declare under penalty of perjury that I have read the foregoing __List of Creditors Holding 20 Largest Unsecured Claims__ [list or schedule or amendment or other document (describe)] and that it is true and correct to the best of my information and and belief.

Date __2/20/03__

Signature _____
By: Emil Youssefzadeh

#83209.1

B2