## Exhibit "C"

[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]

### *[Caption as in Form 16B]*

# Exhibit "C" to Voluntary Petition

1.    Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    N/A
    _____
    _____
    _____
    _____
    _____

2.    With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    N/A
    _____
    _____
    _____
    _____

## DECLARATION OF LIST OF ALL CREDITORS

I, Emil Youssefzadeh, President and Chief Executive Officer of STM Wireless, Inc., the Debtor and Debtor in Possession herein, hereby declare under penalty of perjury that the foregoing list consisting of 40 pages is, to the best of my knowledge, a list of the creditors of the Debtor's estate.

Dated:  February 20, 2003.


By:  Emil Youssefzadeh

#66741.1

Accurate Designs
Attn: Corporate Officer/Wayne Green
23322 Madero, #G
Mission Viejo, CA 92691-2731


ACT Teleconferencing Services
Attn: Corporate Officer/Auth. Agent
P.O. Box 1857
Englewood, CO 80150


Acu-Tek Solutions Inc.
Attn: Corporate Officer/Todd Tift
711 W. 17th St., Bldg. A6
Costa Mesa, CA 93012


ADP – Proxy Services
Attn: Corporate Officer/Auth. Agent
P.O. Box 23487
Newark, NJ 07189


ADP Inc. (Phoenix)
Attn: Corporate Officer/Auth. Agent
P.O. Box 78415
Phoenix, AZ 85062-8415


ADT Security Srvcs (Seacoast)
Attn: Corporate Officer/Auth. Agent
14200 E. Exposition Ave.
Aurora, CO 80012


Advanced Packaging Group
Attn: Corporate Officer/Auth. Agent
214 Countrywood Rd.
Covington, TN 38019

Agilent Technologies
Attn: Corporate Officer
P.O. Box 4026/9780 S. Meridian Blvd.
Englewood, CO 80112


Agilis Communication Tech Pte Ltd.
Attn: Corporate Officer/Mr. Kumaresh
100 Jurong East St. #21
Singapore 609602


Alan Industries
Attn: Corporate Officer/Jurek Kolpunik
745 Greenway Dr./P.O. Box 1203
Columbus, IN 47202


Allied Electronics Inc.
Attn: Corporate Officer/Auth. Agent
217 Technology Dr., #110
Irvine, CA 92718


All-Spec Fasteners Inc.
Attn: Corporate Officer/Auth. Agent
17875-C Skypark N.
Irvine, CA 92714


Alphanetics Inc.
Attn: Corporate Officer/Vener Anacleto
2102 W. Chestnut Ave.
Santa Ana, CA 92703


America II Electronics Inc
Attn: Corporate Officer/Connie
2600 118th Ave. N.
St. Petersburg, FL 33716

American Express – HR
Attn: Corporate Officer/Auth. Agent


American Express Travel
Attn: Corporate Officer/Auth. Agent
Box 0001
Los Angeles, CA 90096-0001


American Express-A. Puri
Attn: Corporate Officer/Auth. Agent


AMFAB Precision Sheet Metal
Attn: Corporate Officer/Auth. Agent
1809 National St.
Anaheim, CA 92801


Amor Electronics
Attn: Corporate Officer/Ron Freidman
23331 Peralta Dr., #12
Laguna Hills, CA 92653-0000


Amplus Communications
Attn: Corporate Officer/Wee Pick Chen
19A Serangdon North Ave. 5
Singapore


Analog Devices
Attn: Corporate Officer/Cliff Bohnet
3 Technology Way
Norwood, MA 02062

Andrew Corporation
Attn: Corporate Officer/Jennifer
10500 W. 153 St.
Orland Park, IL 60462


Anixter Inc.
Attn: Corporate Officer/John
File #98908
Inglewood, CA 90397-7908


Arrow Electronics
Attn: Corporate Officer/Auth. Agent
27121 Towne Center Dr., #100
Lake Forest, CA 92610


Arrow Electronics
Attn: Corporate Officer/Tracy
P.O. Box 79329
City of Industry, CA 91716-9329


Arrow Lift Rentals
Attn: Corporate Officer/Auth. Agent
P.O. Box 18455
Irvine, CA 92713


ASC Scientific
Attn: Corporate Officer/Auth. Agent
2075 Corte de Nogal, #G
Carlsbad, CA 92009


Aspen Publisher Inc.
Attn: Corporate Officer/Auth. Agent
7201 McKinney Circle
Frederick, MD 21704

Astornic
Attn: Corporate Officer/Dolly Cerrean
19641 Da Vinci
Foothill Ranch, CA 92610


AT& T Wireless
Attn: Corporate Officer/Auth. Agent


AT&T
Attn: Corporate Officer/Auth. Agent
P.O. Box 79112
Phoenix, AZ 85062-9112


AT&T
Attn: Corporate Officer/Auth. Agent
P.O. Box 78158
Phoenix, AZ 85062-8158


AT&T Wireless
Attn: Corporate Officer/Auth. Agent


Automatic Lighting Protection
Attn: Corporate Officer/Marty Heiberg
7548 W. Bluefield Ave.
Glendale, AZ 85308


Avcom of Virginia
Attn: Corporate Officer/Peter
500 Southlake Blvd.
Richmond, VA 23236-0000

Avio International Forwarders
Attn: Corporate Officer/Auth. Agent
P.O. Box 931
Jamaica, NY 11430


Avnet Electronics
Attn: Corporate Officer/Linda
140 Technology Dr.
Irvine, CA 92618


Avnet IP & E (formerly Kent)
Attn: Corporate Officer/Sharon Weeks
P.O. Box 201523
Houston, TX 77216-1523


Bafur S.C.R.L. (Julio Gallo)
Arias Araquez, #250
Lima, Peru


Baldridge, Jannet
12 Ovation Ln.
Aliso Viejo, CA 92656


Bank of America NA Trade Oper.
Attn: Corporate Officer/Auth. Agent
333 S Beaudry Ave 19th Fl/9-703-19-09
Los Angeles, CA 90017


Battery Specialties
Attn: Corporate Officer
3530 Cadillac Ave.
Costa Mesa, CA 92626

Bax Global
Attn: Corporate Officer
Dept. LA 21047
Pasadena, CA 91185-1047

Bayly Communications, Inc.
Attn: Corporate Officer/Brian
105 Green Ct. Ajax
Ajax-Ontario, Canada L1S6W9

Benchmark Electronics
Attn: Corporate Officer/Steve Colkin
P.O. Box 200642
Houston, TX 77216-0642

Blue Cross of California
Attn: Corporate Officer/Auth. Agent
P.O. Box 5812
Los Angeles, CA 90074-5812

Bonneville Satellite Company
Attn: Corporate Officer/Auth. Agent
P.O. Box 1160
Salt Lake City, UT 84110-1160

BP Solar
Attn: Corporate Officer/Clive Sinnott
2300 N. Watney Way
Fairfield, CA 94533-000-

Bredendick, David
849 E. Amber
Orange, CA 92665

Broadedge Inc.
Attn: Corporate Officer/Auth. Agent
One Mauchly
Irvine, CA 92618-2305


Burst Communications, Inc.
Attn: Corporate Officer/Auth. Agent
1400 Quail, #145
Newport Beach, CA 92660


Cable Harness Systems
Attn: Corporate Officer/Auth. Agent
7462 Talbert Ave.
Huntington Beach, CA 92648


Cad Design Services
Attn: Corporate Officer
101 S. Kraemer Blvd., #221
Placentia, CA 92870


Caipo Y Asociados
Attn: Corporate Officer/Auth. Agent
Sociedad Civil - Av. Javier Prado
Oeste 203 Lima Peru


Calex Manufacturing Co Inc.
Attn: Corporate Officer/Auth. Agent
2401 Stanwell Dr.
Concord, CA 94520


California Chamber of Comm
Attn: Corporate Officer/Auth. Agent
P.O. Box 13819
Sacramento, CA 95853-3819

Cambridge Transportation (UFAC)
Attn: Corporate Officer/Auth. Agent
36392 Treasury Center
Chicago, IL 60694-6300


Capacitor Supply Inc.
Attn: Corporate Officer/Mike
16551 Burke Ln
Huntington Beach, CA 92647


Celeritek
Attn: Corporate Officer/Linda Fromm
3236 Scott Blvd.
Santa Clarita, CA 95054


Channel Master, LLC
Attn: Corporate Officer/Steve Juasitas
1315 Industrial Park Dr.
Smithfield, NC 27577-6024


Chavez, Ruiz, Zamarripa Y Cia SC
Attn: Corporate Officer/Auth. Agent
CorpPiramide/VascoQuiroga2121 4Piso
Col. Pena Blanca, Santa Fe, Mex 1210


Chen, Bin

_____

_____


Chevron U.S.A. Inc.
Attn: Corporate Officer/Auth. Agent
P.O. Box 2001
Concord, CA 94529-0001

Cingular Wireless (Pac Bell)
Attn: Corporate Officer/Auth. Agent
P.O. Box 10401
Van Nuys, CA 91410-0401


Circuit Tech, Inc.
Attn: Corporate Officer/Auth. Agent
1911 N. Main St.
Orange, CA 92865


Citicorp Vendor FNC (Copelco)
Attn: Corporate Officer/Auth. Agent
P.O. Box 7247-0322
Philadelphia, PA 19170-0322


Clarent Corp (Act Networks)
Attn: Corporate Officer/Auth. Agent
26707 W. Agoura Rd.
Calabasas, CA 91302


Codan Pty Ltd.
Attn: Corporate Officer/Auth. Agent
81 Graves St.
Newton-Adelaide, S. Australia 5074


Coilcraft
Attn: Corporate Officer/Pat
P.O. Box 92170
Elkgrove Village, IL 60009-2170


Colonial Life & Accident
Attn: Corporate Officer/Auth. Agent
P.O. Box 1365
Columbia, SC 29202-1365

Commscope, Inc.
Attn: Corporate Officer/Byron Frye
File #96148/P.O. Box 1067
Charlotte, NC 28201-1067


CommWorld Coastal
Attn: Corporate Officer/Auth. Agent



Components Center
Attn: Corporate Officer
11208 Young River Ave.
Fountain Valley, CA 92708


Comtech EF Data (Adaptive BB)
Attn: Corporate Officer/Mike Lanning
2114 W. 7th St.
Tempe, AZ 85281-0000


Connors, Frank
1750 S. Frontage Rd., #C
Vail, CO 81657


Conxall
Attn: Corporate Officer/John Speiden
601 E. Wildwood
Villa Park, IL 60181


Coriat, Ronald Leiva

Corporate Express
Attn: Corporate Officer/Auth. Agent
2790 E. Del Amo Blvd.
Compton, CA 90221


Costco Business Delivery
Attn: Corporate Officer/Auth. Agent
6881 8th St.
Buena Park, CA 90620


CPC Fabrication
Attn:  Corporate Officer/Trevor
2710 S. Main St.
Santa Ana, CA 92707-0000


CPI Communications & Power Inc.
Attn: Corporate Officer/Auth. Agent
811 Hansen Way/P.O. Box 51625
Palo Alto, CA 94303


D.E.C.
Attn: Corporate Officer/Auth. Agent
1780 E. McFadden, #105
Santa Ana, CA 92705


Das, Sujan
c/o STM Wireless
1 Mauchly
Irvine, CA 92618


De Barros, Marcelo
c/o STM Wireless
1 Mauchly
Irvine, CA 92618

Deloitte & Touche
Attn: Corporate Officer
Bank Guam 800/111 Chalan Santo Papa
Agana GM 96910


Delta Core
Attn: Corporate Officer/Auth. Agent


Dependable Air Cond. Inc.
Attn: Corporate Officer/Auth. Agent
2952 Century Pl.
Costa Mesa, CA 92626


DHL Airways Inc.
Attn: Corporate Officer/Auth. Agent


Digi-Key Corporation
Attn: Corporate Officer/Auth. Agent
P.O. Box 250
Thief River Falls, MN 56701


Dish Network
Attn: Corporate Officer/Auth. Agent


Doubletree Hotel-Irvine Spectrum
Attn: Corporate Officer/Auth. Agent
90 Pacific Ave.
Irvine, CA 92618

Dynamic Details Inc (DDI)
Attn: Corporate Officer/Deannae Scott
1220 Simon Circle
Anaheim, CA 92806


Electro Dynamics Crystal Corp.
Attn: Corporate Officer/Don
9075 Cody St.
Overland Park, KS 66214


Electro Rent Corporation
Attn: Corporate Officer/Auth. Agent
6060 Sepulveda Blvd.
Van Nuys, CA 91411-2501


Enliten Management Group
Attn: Corporate Officer/Edward Behan
29 N. Park Sq., #201
Marietta, GA 30060-0000


Enterprise Rent-A-Car (Accts Rec)
Attn: Corporate Officer/Auth. Agent
18151 Beach Blvd.
Huntington Beach, CA 92648-1306


ESCO-Insulectro
Attn: Corporate Officer/Auth. Agent
2060 E. Francis St.
Ontario, CA 91761-4060


Everest Air Cargo Pvt Ltd.
Attn: Corporate Officer/Y.L. Maskey
08-01-01-11135-01 Nabil Bank Ltd.
Lalitpar Branch Narbnpka Nepal

Excello Circuits
Attn: Corporate Officer/Anel Shah
1924 Nancita Cir.
Placentia, CA 92670


Express Air Freight Unlimited
Attn: Corporate Officer/Auth. Agent
147-20 184th St.
Jamaica, NY 11413-4043


Federal Express Corp.
Attn: Corporate Officer/Auth. Agent
P.O. Box 1140 - Dept. A
Memphia, TN 38101-1140


Fine Pitch
Attn: Corp Officer/David Schroeder
401 Kato Terrace
Fremont, CA 94539


Flash Networks
Attn: Corporate Officer/Colleen Minton
Holmdel Corp Plz/2137 Rte 35 N
Holmdel, NJ 07733


Florencio Verdugo
2602 N. Freemont Ave.
Springfield, MO 65803


Foodcraft
Attn: Corporate Officer/Auth. Agent
1625 Riverside Dr.
Los Angeles, CA 90031

Force Electronic
Attn: Corporate Officer/Becky
606 Hawaii St.
El Segundo, CA 90245


Fortis Benefits
Attn: Corporate Officer/Auth. Agent
2323 Grand Blvd.
Kansas City, MO 64108


Fremont Employers Ins Agency
Attn: Corporate Officer/Auth. Agent
500 N. Brand Blvd., #700
Glendale, CA 91203-1776


Future
Attn: Corporate Officer/Fred
258 Technology Pkwy, #200
Irvine, CA 92618-0000


GE Access (Acc Grphs)/N Trst Co
Attn: Corporate Officer/Brian
350 N. Orleans, #1559
Chicago, IL 60654


Gentech Crystals
Attn: Corporate Officer/Auth. Agent
5054 N. Hiatus Rd.
Sunrise, FL 33351


Gerardo Jimenez Guerra

Global Vsat Forum c/o Comm Sys Ltd
Attn: Corporate Officer/Auth. Agent
42 Holywell Hill, St. Albans
Herts, AL11BX, U.K.


Harmonic, Inc.
Attn: Corporate Officer/Bev Kelly
549 Baltic Way
Sunnyvale, CA 94089


Hawking Technologies
Attn: Corporate Officer/Tyler
6 Faraday
Irvine, CA 92618


Helpmates Staffing Services
Attn: Corporate Officer/Auth. Agent


Homestead Village – Irvine
Attn: Corporate Officer/Auth. Agent
30 Technology Dr.
Irvine, CA 92618


Hotjobs.com
Attn: Corporate Officer/Auth. Agent
24 W. 40th St., 14th Flr.
New York, NY 10018


IC Solutions
Attn:  Corporate Officer
100 Columbia, #140
Aliso Viejo, CA 92656

ILLICO
Attn: Corporate Officer/Auth. Agent
2700 Augusine Dr., #145
Santa Clara, CA 95054


Imperial A.I. Credit Co. (AIICO)
Attn: Corporate Officer/Auth. Agent
1630 E. Shaw Ave., #160
Fresno, CA 93710


Inductors Inc.
Attn: Corporate Officer/Scott Dierdorff
5 Technology Dr.
Irvine, CA 92618


Industrial Logic Corporation
Attn: Corporate Officer/Auth. Agent
Fifteen Piedmont Ctr., #700
Atlanta, GA 30305-0000


Inmet Corporation
Attn: Corporate Officer/Auth. Agent
300 Dino Dr.
Ann Arbor, MI 48103


International Configuration
Attn: Corporate Officer
P.O. Box 3374
Enfield, CT 06083-0000


Ipass Inc.
Attn: Corporate Officer/Auth. Agent
3800 Bridge Pkwy
Redwood Shores, CA 94065

Iron Mountain (Arcus Data Scrty)
Attn: Corporate Officer/Auth. Agent
P.O. Box 1119
Lake Forest, CA 92630


Irvine Ranch Water District
Attn: Corporate Officer/Auth. Agent


Irvine Spectrum TMA/Spectrumotion
Attn: Corporate Officer/Auth. Agent
15215 Barranca Pkwy, #200
Irvine, CA 92618


J.Y. Circuit Inc.
Attn: Corporate Officer/Alex Tran
17050 Bushard St., #206
Fountain Valley, CA 92708


James Le Court Plumbing Inc.
Attn: Corporate Officer/Auth. Agent
31734-A Rancho Viejo Rd.
San Juan Capistrano, CA 92675


Javed, Umar
c/o STM Wireless
1 Mauchly
Irvine, CA 92618


Kehinde A. Adeniyi
Attn: Corporate Officer/Auth. Agent

Kemac
Attn:  Corporate Officer
5462 N. Irwindale Ave.
Irwindale, CA 91706


Kent Landsberg
Attn: Corporate Officer/Rod Cunanan
File No. 12226
Los Angeles, CA 90074-2226


Klein & Wilson
Attn: Corporate Officer/Gerald Klein
326 Old Newport Blvd.
Newport Beach, CA 92663


KPMG – Pakistan
Attn: Corporate Officer/Faid Ahmad
J-8/99 - St. John's Park
Cantonment Lahore/Lahore Pakistan


KPMG Peat Marwick LLP
Attn: Corporate Officer/Auth. Agent
Dept. LA 21275
Pasadena, CA 91185-0001


Kyocera Mita Copystar America
Attn: Corporate Officer/Auth. Agent
P.O. Box 31001-0273
Pasadena, CA 91110-0273


LA Xpress Shuttle
Attn: Corporate Officer/Auth. Agent
17210 S. Figueroa St.
Gardena, CA 90248

Latham & Watkins
Attn: Corporate Officer/Auth. Agent
633 W. Fifth St., #4000
Los Angeles, CA 90071-2007


L-Com Inc
Attn: Corporate Officer/Auth. Agent
1755 Osgood St.
N. Andover, MA 01845


Lopez, Monica

_____

_____


Makovsky & Company Inc.
Attn: Corporate Officer/Auth. Agent
575 Lexington Ave.
New York, NY 10022


Master Distributors
Attn: Corporate Officer/Charles
P.O. Box 25662
Los Angeles, CA 90025


Matronix
Attn: Corporate Officer/Rick Guercio
5307 Rural Ridge
Anaheim, CA 92807


Mazda Butler LLP
Attn: Mark Butler
2040 Main St., 9th Flr.
Irvine, CA 92614

McMaster-Carr
Attn: Corporate Officer
P.O. Box 7690
Chicago, IL 60680-0000


Mendoza, Maria
1539 S. Minnie St.
Santa Ana, CA 92707


Mercer Human Resource Cnsltng
Attn: Corporate Officer/Auth. Agent
Three Embarcadero Ctr., #1500
San Francisco, CA 94111-4015


Metric
Attn: Corporate Officer/Danny Lewis
3486 Investment Blvd.
Hayward, CA 94545


Micronetics Inc.
Attn: Corporate Officer/Stuart
P.O. Box 5880
Manchester, NH 03108-5880


Mini Circuits
Attn: Corporate Officer/Auth. Agent
P.O. Box 350165
Brooklyn, NY 11235-0003


Mobile Mini Inc.
Attn: Corporate Officer/Auth. Agent
1834 W. 3rd St.
Tempe, AZ 85282

Morland C. Fischer, Law Office
2030 Main St., #1050
Irvine, CA 92614


MTI-Milliren Tech Inc.
Attn: Corporate Officer/Adam Powell
Two New Pasture Rd.
Newburyport, MA 01950


Nahai Insurance Services
Attn: Corporate Officer/Biyan Nahai
465 S. Beverly Dr., #200
Beverly Hills, CA 90212


Nasdaq Stock Market Inc.
Attn: Corporate Officer/Auth. Agent
Finance Dept. #0570
Washington, D.C. 20073-0570


Neopost
Attn: Corporate Officer/Tom Ward
3621 S. Harbor Blvd., #135
Santa Ana, CA 92704-6950


Newark Electronics
Attn: Corporate Officer
12631 E. Imperial Hwy
Santa Fe Springs, CA 90670


Newtec America Inc.
Attn: Corporate Officer/Augusto Casas
1250 Summer St., #305
Stamford, CT 06905

Nextel Communications
Attn: Corporate Officer/Auth. Agent
P.O. Box 7418
Pasadena, CA 91109-7418


Nichimen America Inc.
Attn: Corporate Officer/Glen Beltridge
222 N. La Salle St., #999
Chicago, IL 60601-1010


Norsat International
Attn: Corporate Officer/Harry Matthews
300-4401 Still Creek Dr.
Burnaby, BC, Canada V5C6G9


O'Shea Divine & Rivers Inc.
Attn: Robert Devine
130 Newport Ctr. Dr., #130
Newport Beach, CA 92660


OfficeMax
Attn: Corporate Officer/Auth. Agent
Dept 80-04027-127/P.O. Box 70164
Chicago, IL 60673-0164


Onsite Commercial Staffing
Attn: Corporate Officer/Auth. Agent
P.O. Box 198531
Atlanta, GA 30384-8531


Osaki, Miquel
Preciados #560
Stgo de Surco
Lima, Peru

Pacific Bell
Attn: Corporate Officer/Auth. Agent
Payment Center
Van Nuys, CA 91388


Packers, Ltd.
Attn: Corporate Officer/Auth. Agent
P.O. Box 815
Wilmington, CA 90748


Palm Court Café
Attn: Corporate Officer/Auth. Agent
15625 Alton Pkwy, #A
Irvine, CA 92718


Panel Components Corp.
Attn:  Corporate Officer
P.O. Box 115
Oskaloosaa., IA 52577-0115


Paradise Datacom/Lotus Comm Grp
Attn: Corporate Officer/Michael Geist
1012 E. Boal Ave.
Boalsburg, PA 16827


Parisi Services Inc.
Attn: Corporate Officer/Auth. Agent
P.O. Box 91217
Los Angeles, CA 90009


Peak Communications
Attn: Corporate Officer/Paul Richardson
Kirklees House/22 W. Park St.
Brighouse W Yorks England HD61DU

Pellicciari, Ricardo de Andrad
4310 Arbor Gates Dr., N.E.
Atlanta, GA 30324-0000


Perron, Eric
c/o STM Wireless
1 Mauchly
Irvine, CA 92618


Perry & Assoc Environ Test Equip
Attn: Corporate Officer/Auth. Agent
528 Browns Derry Rd.
Madison, AL 35758-0000


Phillips Business Info (PBI)
Attn: Corporate Officer/Auth. Agent
1201 Seven Locks Rd.
Potomac, MD 20854


Pioneer Standard Electronics
Attn: Corporate Officer/Jennica Lewis
217 Technology Dr.
Irvine, CA 92618


Power Plus
Attn: Corporate Officer
21120 Vanowen St.
Canoga Park, CA 91303-2821


PR Newswire Assoc. LLC
Attn: Corporate Officer/Auth. Agent
G.P.O. Box 5897
New York, NY 10087-5897

Premium Assigment
Attn: Corporate Officer/Auth. Agent
3522 Thomasville Rd., #400
Tallahassee, FL 32309


Prime Electro Prod. Co.
Attn: Corporate Officer/Judy
1811 Manhattan Beach Blvd.
Manhattan Beach, CA 90266


Prime Enclosures
Attn: Corporate Officer/Dan Fury
13012 Crenshaw Blvd.
Gardena, CA 90249


Print Techniques, Inc.
Attn: Corporate Officer/Auth. Agent
1641 Kaiser Ave.
Irvine, CA 92614


Prodelin Inc.
Attn: Corporate Officer/Andy Hahn
P.O. Box 850/1500 Prodelin Dr.
Newton, NC 28658


PT Telenet Arkindo/Bank Negara Ind
Attn: Corporate Officer/Auth. Agent
Kentor Cabang Dukuhbewah
J1 Jend Sudirrnan Jakarta Ind 12910


Pulizzi Engineering, Inc.
Attn: Corporate Officer/Dick Fried
3260 S. Susan St.
Santa Ana, CA 92704-6865

Puri, Abhinav
3-E Hudco Place
Andrews Ganj
New Delhi, India 110049


Qwest Communications
Attn: Corporate Officer/Auth. Agent
9311 San Pedro, #200
San Antonio, TX 78216


Radyne
Attn: Corporate Officer/Lou Dubin
3138 E. Elwood St.
Phoenix, AZ 85034


Rastegar, Hamid
28932 Canyon Rim Dr.
Trabuco Canyon, CA 92679


Reese, John
25605 H Crosscreek Dr.
Yorba Linda, CA 92687


REMEC Wireless
Attn: Corporate Officer/David Moresh
P.O. Box 2249
Los Angeles, CA 90051-2249


Richards McGettigan Reilly West PC
Attn: Corp Officer/Kathleen Holmes
225 Reinekers Ln, #700
Alexandria, VA 22314

Richardson Electronics
Attn:  Corporate Officer

—————————————————
—————————————————

RR Donnelley Receivables Inc.
Attn: Corporate Officer/Auth. Agent
P.O. Box 100112
Pasadena, CA 91189-0001

Sager Electronics
Attn:  Corporate Officer/Carlene
17330 Brookhurst St.
Fountain Valley, CA 92708

Sateliles Mexicanos SA de CV
Attn:  Corporate Officer
Blvd. M Avila Camacho 40 Piso 23
ColLomas de Chapulte CPDFMex11000

Selectform Inc.
Attn: Corporate Officer/Auth. Agent
P.O. Box 3045
Freeport, NY 11520

SHPS, Inc. (Cobra)
Attn: Corp Officer/Fin-Accts Rec
11405 Bluegrass Pkwy
Louisville, KY 40299

Silver Speed Forwarding Srvcs
Attn: Corporate Officer/Auth. Agent
P.O. Box 5043/Loyang Crescent
Singapore 508988

Skynet Electronics Corp.
Attn: Corporate Officer
13765 Alton Pkwy, #D
Irvine, CA 92618-1627

Skystream Networks
Attn: Corporate Officer/David Guilford
455 Deguigne Dr.
Sunnyvale, CA 94085-3835

Solution 4Sure
Attn: Corporate Officer/Auth. Agent
6 Cambridge Dr.
Trumbull, CT 06611

Southern California Edison Co.
Attn: Corporate Officer/Auth. Agent
P.O. Box 600
Rosemead, CA 91771-0001

Southern California Gas
Attn: Corporate Officer/Auth. Agent
P.O. Box C
Monterey Park, CA 91756

Spee-Dee Printing
Attn: Corporate Officer
4001 Segerstrom
Santa Ana, CA 92704

Sprint PCS
Attn: Corporate Officer
P.O. Box 79125
City of Industry, CA 91716-9125

Standard Radio
Attn: Corporate Officer/John
360 Rabro Dr.
Hauppauge, NY 11788


State Electronics
Attn: Corporate Officer/Tom Russin
36 Route 10
East Hanover, NJ 07936


STMIndia/Atn: Corp Ofcr/Abhinav Puri
World Trade Twr/DBS Ctr #201
Barakhamba Lane
New Delhi, India 110001


Stradling Yocca Carlson
Attn: Corporate Officer/K.C. Schoff
660 Newport Center Dr., #1600
Newport Beach, CA 92660-6441


Sunstar Technology Corp.
Attn: Corporate Officer/Nick Sprofero


System Solutions Corp.
Attn: Corporate Officer/John Acalro
2101 Business Ctr. Dr., #150
Irvine, CA 92612-0000


Taglich Brothers Inc.
Attn: Corporate Officer/Richard Oh, VP
1370 Ave. of the Americas, 31st Flr.
New York, NY 10019

Tampa Microwave Labs
Attn: Corporate Officer/Auth. Agent
12160 Race Track Rd.
Tampa, FL 33626


Tazinazzo, Robert
c/o STM Wireless
1 Mauchly
Irvine, CA 92618


Techni-Tool
Attn: Corporate Officer/Auth. Agent
1547 N. Trooper Rd./P.O. Box 1117
Worcester, PA 19490-1117


Technology Rentals (Newcourt)
Attn: Corporate Officer/Auth. Agent
P.O. Box 360220
Pittsburgh, PA 15251-6220


Terminix International
Attn: Corporate Officer/Auth. Agent


Testequity, Inc.
Attn: Corporate Officer/Auth. Agent
2450 Turquoise Circle
Thousand Oaks, CA 91320


Tic-Spectrum Three-Cam
Attn: Corporate Officer/Auth. Agent
643191-000034/Dept. #0709
Los Angeles, CA 90084-0709

Total Power International
Attn: Corporate Officer
418 Bridge St.
Lowell, MA 08150


Trainor Business Forms & Systems
Attn: Corporate Officer
2720 River Rd.
Des Plains, IL 60018-4106


Tri-County Fire
Attn: Corporate Officer/Carol Pontolillo
1787 Pomona Rd., #1
Corona, CA 92280


TSI Power Corp.
Attn: Corporate Officer
1103 W. Pierce Ave.
Antigo, WI 54409


TTI
Attn: Corporate Officer/Connie
P.O. Drawer 99111
Ft. Worth, TX 76199


UFAC
Attn: Corporate Officer/Auth. Agent


United Parcel Service
Attn: Corporate Officer/Auth. Agent
P.O. Box 894820
Los Angeles, CA 90189-4820

United Seal & Rubber Co., Inc.
Attn: Corporate Officer
7025-C Amwiler Industrial Dr.
Atlanta, GA 30360-0000


Unum Life Insurance Co.
Attn: Corporate Officer/Auth. Agent
2211 Congress St.
Portland, MA 04122


US Stock Transfer Corp.
Attn: Corporate Officer
1745 Gardena Ave., 2nd Flr.
Glendale, CA 91204-2991


V.S.P. Vision Service Plan
Attn: Corporate Officer/Auth. Agent
P.O. Box 45210
San Francisco, CA 94145-5210


Valleycrest Lndscp (Envrmnt Care)
Attn: Corporate Officer/Auth. Agent
24121 Ventura Blvd.
Calabasas, CA 91302


Vertex RSI
Attn: Corporate Officer/Robert Sigler
101 Round Hill Dr.
Rockway, NJ 07866


Viceversa Prensa
Attn: Corporate Officer/Auth. Agent
Av. Arequipa - 4130 of 701
Lima - Miraflores

Visas International
Attn: Corporate Officer/Auth. Agent
6525 Sunset Blvd., #G-7
Los Angeles, CA 90028


Wang, Dali
184 Knollglen
Irvine, CA 92614


Waste Management of Orange County
Attn: Corporate Officer/Auth. Agent
1800 S. Grand Ave.
Santa Ana, CA 92705


Western Telematic Inc.
Attn: Corporate Officer/Mike Moss
5 Sterling
Irvine, CA 92718


Wilmer, Cutler & Pickering
Attn: Corporate Officer/Mark Chan
2445 M. St. NW
Washington, D.C. 20037-1420


Wireless Appl Protocol/Wap Forum
Attn: Corporate Officer/Jill Myers
2570 W. El Camino Real, #304
Mountain View, CA 94040-1313


World Micro Source
Attn: Corporate Officer/Jim Mitchell
23851 Via Fabricante, #202
Mission Viejo, CA 92691-0000

Xicom Technology
Attn: Corporate Officer/Gus Janson
3550 Bassett St.
Santa Clara, CA 95054


Youssefzadeh, Albert
1404 Via Andres
Palos Verdes Est., CA 90274


Zee Medical Service Co.
Attn: Corporate Officer/Auth. Agent
16631 Burke Ln
Huntington Beach, CA 92647


Zyfer (Odetics)
Attn: Corporate Officer/Auth. Agent
1585 S. Manchester Ave.
Anaheim, CA 92802-2907


The CIT Group/Business Credit, Inc.
Attn: Corporate Officer
300 S. Grand Ave., Third Floor
Los Angeles, CA 90071


Amplicon, Inc.
Attn: Corporate Officer
5 Hutton Center Dr., Ste. 500
Santa Ana, CA 92707

Hewlett-Packard Company
Finance & Remarketing Division
Attn: Corporate Officer
20 Perimeter Summit Blvd.
Atlanta, GA 30319

Bankers Leasing Association, Inc.
Attn: Corporate Officer
4201 Lake Cook Rd.
Northbrook, IL 60062

Wells Fargo HSBC Trade Bank,
National Association
Attn: Corporate Officer
333 S. Grand Ave., 8th Floor
Los Angeles, CA 90071

Newcourt Financial Inc.
Attn: Corporate Officer
303 East Wacker Dr., 9th Floor
Chicago, IL 60601

Amtrade International Bank of GA
Attn: Corporate Officer
1360 P'Tree Street NE, Ste. 1105
One Midtown Plaza
Atlanta, GA 30309

Zapara Family Trust
98 S. La Senda
South Laguna, CA 92677

Mita Copystar America, Inc.
Attn: Corporate Officer
1961 Hirst Drive
Moberly, MO 65270

PT Arkindo Nusantara
JL Kendall
#13 A-B Menteng
Jakarta INDONESIA 10310

Orange County Tax Collector
PO Box 1980
Santa Ana, CA 92702-1980

Delaware Secretary of State
Division of Corporations
PO Box 74022
Baltimore, MD 21224-4022

State of California
Board of Equalization
PO Box 942879
Sacramento, CA 94229-8056

Gwinnett County Tax Commission
Property Tax Commission
PO Box 372
Lawrenceville, GA 30046-0372

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
600 W Santa Ana Blvd
Santa Ana, CA  92701


Franchise Tax Board
Attn:  Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
Headquarters Compliance
Sacramento, CA  95857


Internal Revenue Service
Special Procedures/Bankr
P.O. Box 30213
Laguna Niguel, CA  92607-0213


Spec Proc Section/Insolvency
Internal Revenue Service
The Federal Building
2400 Avila Road
Laguna Niguel, CA  92677


Securities & Exchange Commission
44 Montgomery Street
Suite 1100
San Francisco, CA  94104


Securities & Exchange Commission
450 - 5th Street NW
Washington, DC  20549

Securities & Exchange Commission
Philadelphia Regional Office
The Curtis Center Suite 1005 E
601 Walnut Street
Philadelphia, PA  19106-3322


Orange County Tax Collector
630 N Broadway
Santa Ana, CA  92701


Orange County Assessor
Attn Jacobs Bradley
630 N Broadway
Santa Ana, CA  92701


State of California
Employment Development Dept
800 Capitol Mall
Sacramento, CA  95814